UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY M. RESENDEZ,     )    No. EDCV 15-672 FFM

        Plaintiff,   )

   v.         )    JUDGMENT OF REMAND

CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security,  )

        Defendant.  )

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Order dated September 26, 2016.

DATED: September 26, 2016

                    /S/ FREDERICK F. MUMM
                    FREDERICK F. MUMM
              United States Magistrate Judge